IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Phillip Watkins, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:19cv171 |
| | : Judge Susan J. Dlott |
| Emily N. Glatfelter, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on June 24, 2019 (Doc. 5), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 8, 2019, hereby ADOPTS said Report and Recommendation.

The Report and Recommendation was sent by regular mail to Mr. Watkins at the address listed on the docket sheet. On July 3, 2019, the mail was returned to the Clerk's Office.

Accordingly, this case is DISMISSED for lack of prosecution.

IT IS SO ORDERED.

                                                                      ___s/Susan J. Dlott_____
                                                                       Judge Susan J. Dlott
                                                                       United States District Court